JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:21-CV-01382-RGK (SHKx) | Date | September 30, 2021 |
|---|---|---|---|
| Title | ***DONNELL COOK et al v. GREGORY TALESE, et al*** | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (not present) | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Remanding Action to State Court

On June 9, 2021, Donnell Cook, Sr. And Yvonne Marie Cook ("Plaintiffs") filed a personal injury complaint against Gregory Talese, C&C Truck Sales & Leasing, and Cal-Cleve Ltd. (collectively, "Defendants"), arising out of an automobile accident.

On August 16, 2021, Defendants removed the action to this Court alleging jurisdiction on the grounds of diversity of citizenship. Upon review of Defendant's Notice of Removal, the Court hereby remands the action for lack of subject matter jurisdiction.

Pursuant to 28 U.S.C. § 1332, district courts shall have original jurisdiction over any civil action in which the parties are citizens of different states and the action involved an amount in controversy that exceeds $75,000. After a plaintiff files a case in state court, the defendant attempting to remove the case to federal court bears the burden of proving the amount in controversy requirement has been met. *Lowdermilk v. United States Bank Nat'l Ass'n*, 479 F.3d 994, 998 (9th Cir. 2007). If the complaint does not allege that the amount in controversy has been met, the removing defendant must plausibly allege in its notice of removal that the amount in controversy exceeds the jurisdictional threshold. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 553-54 (2014).

In support of its removal, Defendants point to a settlement demand in which one of the plaintiffs claims medical damages in the amount of $61,862.76. Defendants then state that including all other requested damages, the amount in controversy exceeds the jurisdictional minimum. However, with $61,862.76 as a starting point, based on a settlement demand, and no allegations regarding any other damages, Defendant does not plausibly allege that the minimum amount in controversy has been met.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:21-CV-01382-RGK (SHKx) | Date | September 30, 2021 |
|---|---|---|---|
| Title | ***DONNELL COOK et al v. GREGORY TALESE, et al*** | | |

In light of the foregoing, the action is hereby **remanded** to state court for all further proceedings.

**IT IS SO ORDERED.**

                                                  : 

Initials of Preparer